# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FRANKLIN L. BLIGE,                    )
                                      )
     Movant,                    )
                                      )
v.                                    )    Case No.  CV405-35
                                      )    [Underlying CR499-18]
UNITED STATES OF AMERICA,             )
                                      )
     Respondent.                )

## REPORT AND RECOMMENDATION

Movant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal prison sentence. Because the motion is barred by the statute of limitations applicable to § 2255 motions, the Court recommends that the motion be DENIED.

The Antiterrorism and Effective Death Penalty Act of 1996 amended § 2255 to require a movant to file a § 2255 motion within one year of the date movant's conviction becomes final. Movant was convicted on June 15, 1999, and because he did not file an appeal, his conviction became final ten days after the Court entered judgment following sentencing. Mederos v. United States, 218 F.3d 1252, 1253 (11th Cir. 2000). Therefore, under

§ 2255 ¶6(1), petitioner's conviction became final on June 25, 1999, when the time for filing a notice of appeal expired.  See Fed. R. App. P. 4(b)(1)(A)(i) (establishing ten-day period).  Movant should have filed his § 2255 motion within a year of that date, or by June 25, 2000.  However, he executed his § 2255 motion on February 27, 2005, more than four years after his conviction became final. Thus, it is time-barred.  Movant presents no newly discovered evidence or rule of law to excuse his untimely filing. Accordingly, the Court recommends that movant's § 2255 motion be DENIED.

**SO REPORTED AND RECOMMENDED this** _15th_ **day of April, 2005.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**